IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY JOEL JUDY,

    Plaintiff,

v.                                                      CASE NO. 1:12-cv-34-MP-GRJ

REGENCY CENTERS, LP,

    Defendant.

_____/

## O R D E R

Pending before the Court is the Plaintiff's Consent Motion to Extend All Discovery and Pretrial Deadlines. (Doc. 14.) The plaintiff requests the Court to extend the deadlines for discovery, mediation and dispositive motions for 45 days to allow the parties to explore the possibility of settlement. The plaintiff says that the defendant consents to the extension of these deadlines.

Accordingly, upon due consideration, it is **ORDERED**:

1. The Plaintiff's Consent Motion to Extend All Discovery and Pretrial Deadlines (Doc. 14) is **GRANTED**.

2. The fact discovery deadline is extended until **August 30, 2012**, the expert discovery deadline is extended until **September 30, 2012**, the deadline to file dispositive motions and *Daubert* motions is extended to **November 19, 2012**, the deadline for plaintiff's expert disclosures is extended to **August 20, 2012**, and the deadline for defendant's expert disclosures is extended to **September 20, 2012**.

**DONE AND ORDERED** this 3rd day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge